IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Andres L. Glenn, | Civil Action No. 1:17-cv-2819-CMC |
| Plaintiff, | |
| vs. | **ORDER** |
| Daren Chivas, James Mahammad, Deberh Porkwine, Social Worker, Dwaya Burge, Marcus Reeves, Majic Johnson, Lesley Jacubs, Corey Augestine, Hayward SeLinda, Danza Mirs, Glades Perry, Rivers Canto, and Goodentwo Myra, | |
| Defendants. | |

Andres L. Glenn ("Plaintiff"), proceeding *pro se*, filed this action alleging violations of his civil rights. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2), D.S.C., this matter was referred to United States Magistrate Judge Shiva V. Hodges for pre-trial proceedings.

On October 25, 2017, the court ordered Plaintiff to complete a complaint, service documents, and filing fee paperwork necessary to advance his case. ECF No. 5. Plaintiff was warned that the failure to provide the necessary information within a specific time period may subject the case to dismissal. *Id.* Plaintiff did not file a response. The court issued a second order on November 21, 2017, again directing Plaintiff to complete a complaint, pay the filing fee or complete the enclosed Form AO 240 and to provide the service documents necessary to advance his case. ECF No. 9. Plaintiff was again warned that the failure to provide the necessary information within a specific time period may subject the case to dismissal. *Id.* The time for response expired on December 12, 2017, and Plaintiff did not file a response.

On December 21, 2017, the Magistrate Judge filed a Report and Recommendation, recommending the Complaint be dismissed without prejudice for failure to prosecute. ECF No. 14. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. Plaintiff was to file objections by January 7, 2018, and has failed to do so. After considering the record, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court agrees with the Report's recommendation the matter be dismissed for failure to prosecute. Accordingly, the court adopts the Report by reference in this Order. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
January 11, 2018